| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| Taft Stettinius & Hollister | Chapter   7 | |
| 111 East Wacker Drive | Location: | 644 |
| Suite 2800 | Hearing Date: | 08/11/2015 |
| Chicago, IL  60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GARDNER, CICELY J   §   Case No. 12-44882-PSH
§
§
Debtor(s)   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/11/2015 in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 07/09/2015         By:  /s/KAREN R. GOODMAN
                                              Trustee, Bar No.:

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 644 |
| Suite 2800 | Hearing Date: | 08/11/2015 |
| Chicago, IL 60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: GARDNER, CICELY J § Case No. 12-44882-PSH
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 50,000.00 |
| *and approved disbursements of* | $ 38,483.73 |
| *leaving a balance on hand of* [1] | $ 11,516.27 |
| **Balance on hand:** | $ 11,516.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,516.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 4,225.22 | 0.00 | 4,225.22 |
| Trustee, Expenses - KAREN R. GOODMAN | 109.90 | 0.00 | 109.90 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 4,712.50 | 0.00 | 4,712.50 |
| Other Expenses: Clerk of the Bankruptcy Court | 260.00 | 0.00 | 260.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,307.62 |
| Remaining balance: | $ 2,208.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 2,208.65 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 2,208.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 703.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC BANK | 313.65 | 0.00 | 313.65 |
| 2 | American InfoSource LP as agent for | 389.90 | 0.00 | 389.90 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 703.55 |
| Remaining balance: | $ 1,505.10 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 1,395.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Armor Systems Corp | 1,395.79 | 0.00 | 1,395.79 |

Total to be paid for tardy general unsecured claims: $ 1,395.79
Remaining balance: $ 109.31

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 109.31

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 3.8% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $109.31. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/KAREN R. GOODMAN
Trustee, Bar No.:

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                                  United States Bankruptcy Court
                                   Northern District of Illinois
In re:                                                                   Case No. 12-44882-PSH
Cicely J Gardner                                                         Chapter 7
             Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 2                  Date Rcvd: Jul 10, 2015
                               Form ID: pdf006              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2015.
db             #+Cicely J Gardner,    739 N Austin,    #3,    Chicago, IL 60644-1004
aty            +Brion W Doherty,    Motherway & Napleton LLP,    140 S Dearborn Street,    Suite 1500,
                 Chicago, IL 60603-5214
aty            +Taft Stettinius & Hollister LLP,    111 East Wacker Drive,    Suite 2800,
                 Chicago, IL 60601-4277
19688381       +ARM Professional Svcs,    3028 W Polk St #2,    Chgo Il 60612-3907
19688383       +Barr Management,    6408 N Western Ave,    Chgo IL 60645-5422
19688386       +CBA Collection Bureau,    25954 Eden Landing Road,    Hayward Ca 94545-3837
19688387       +CBE Group,    1309 Technology Pkwy,    Cedar Falls Ia 50613-6976
19688385       +Caine & Weiner,    P O Bxo 5010,    Woodland Hills Ca 91365-5010
19688388       +Certegy,    P O Bxo 30046,    Tampa Fl 33630-3046
19688390       +Cook County States Attorn,    P O Box A3984,    Chgo Il 60690-3984
19688391       +Credit Management,    17070 Dallas Pkwy,    Dallas Tx 75248-1950
19688392       +Credit Protection ASsoc,    13355 Noel Road,    Ste 2100,    Dallas Tx 75240-6837
19688393       +Disney Movie club,    P O Bxo 8023,    Menasha Wi 54952-8023
19688394       +Duvera Billing Services,    2701 Loker Ave W Ste 280,    Carlsbad Ca 92010-6639
21519274       +Lawndale Christian Health Center,    3860 W. Ogden Ave,    Chicago, IL 60623-2460
19688399       +Malcolm X College,    1900 W Van Buren,    Chgo IL 60612-3145
21519275       +Mount Sinai Hospital,    1500 S. Fairfield Ave,    Chicago, IL 60608-1782
19688402       +Natioweide Credit & Colle,    9919 W roosevelt Road St,    Westchester IL 60154-2774
21519276       +Oak Park Health Clinic,    6435 West North Ave,    Oak Park, IL 60302-1013
19688403       +P N C Bank Na,    P O Bxo 3180,    Pittsburgh Pa 15230-3180
21464307       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
19688404       +Schwab Rehabilitation Hospital,    1905 Paysphere Circle,    Chicago, IL 60674-0019
19688405       +Sinai Health System,    3537 Paysphere Circle,    Chicago, IL 60674-0035
21519277       +Specialized Radiology Consultants,    1039 College Ave, Ste A,    Wheaton, IL 60187-5794
19688406       +State Collection Service,    2509 S Stoughton Road,    Madison Wi 53716-3314
19688407        The Payday Loan Store,    1617 N Cicero,    Chgo Il 60651
19688408       +Tower Loan,    121 N Vermillion St,    Danville IL 61832-4708
19688410       +US Cellular,    8410 W Bryn Mawr,    Chgo IL 60631-3418
19688409       +United Coleection Bureau,    5620 Southwyck Blvd,    Toledo Oh 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21495467        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2015 00:53:06
                 American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
19688380       +E-mail/PDF: recoverybankruptcy@afninet.com Jul 11 2015 00:43:25      Anderson Finacial,
                 P O Bxo 3097,    Bloomington IL 61702-3097
19688382       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 11 2015 00:50:19      Armor Systems Corp,
                 1700 Kiefer Drive, Ste 1,    Zion IL 60099-5105
19688389       +E-mail/Text: kaschmitz@citykankakee-il.gov Jul 11 2015 00:50:00      City of Kankakee,
                 304 S Indiana Ave,    Kankakee, Il 60901-3904
19688395       +E-mail/Text: bknotice@erccollections.com Jul 11 2015 00:49:08      Enhanced Recovery Corp,
                 8014 Bayberry Road,    Jacksonville Fl 32256-7412
19688396       +Fax: 614-760-4092 Jul 11 2015 01:34:07      First Cash Advance,    1238 N Ashland,
                 Chgo Il 60622-2257
19688397       +E-mail/Text: bkynotice@harvardcollect.com Jul 11 2015 00:50:23      Harvard Collections,
                 4839 N Elston,    Chgo Il 60630-2589
19688398       +E-mail/Text: bankruptcy@icsystem.com Jul 11 2015 00:49:46      I C Systems Inc,
                 444 Highway 96 East,    St Paul Mn 55127-2557
19688400       +E-mail/Text: mwilkey@midstatecollections.com Jul 11 2015 00:49:36      Midstate Colelction Solut,
                 P O Bxo 3292,    Champaign IL 61826-3292
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19688401*       +Midstate Colelction Solut,    P O Bxo 3292,    Champaign Il 61826-3292
19688384      ##+Bureau of Collections,    7575 Corporate Way,    Eden Prairie Mn 55344-2022
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: Jul 10, 2015
                              Form ID: pdf006              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2015 at the address(es) listed below:
              Karen R Goodman, ESQ    on behalf of Attorney    Taft Stettinius & Hollister LLP
               kgoodman@taftlaw.com,     il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ     kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@taftlaw.com,
               nbeagan@taftlaw.com
              Nicole A Elipas    on behalf of Debtor Cicely J Gardner naelipas@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 5
```