| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 644 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: GARDNER, CICELY J           § Case No. 12-44882
                                   §
                                   §
Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $950.00                     Assets Exempt: $15,950.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,793.65    Claims Discharged
                                              Without Payment: $0.00

Total Expenses of Administration: $31,206.35

---

3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,585.00 | $1,585.00 | $1,585.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 31,206.35 | 31,206.35 | 31,206.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,303.93 | 2,208.65 | 2,208.65 |
| **TOTAL DISBURSEMENTS** | $0.00 | $35,095.28 | $35,000.00 | $35,000.00 |

4) This case was originally filed under Chapter 7 on November 13, 2012. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2015     By: /s/KAREN R. GOODMAN
                         Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury lawsuit stemming from a car acci | 1229-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Cicely J. Gardner | FIRST AND FINAL PAYMENT OF PERSONAL INJURY EXEMPTION | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Specialized Radiology | 4220-000 | N/A | 85.00 | 85.00 | 85.00 |
| | G&T Orthopaedics | 4220-000 | N/A | 885.00 | 885.00 | 885.00 |
| | Oak Park Health Clinic | 4220-000 | N/A | 615.00 | 615.00 | 615.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,585.00** | **$1,585.00** | **$1,585.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 4,225.22 | 4,225.22 | 4,225.22 |
| KAREN R. GOODMAN | 2200-000 | N/A | 109.90 | 109.90 | 109.90 |
| Clerk of the Bankruptcy Court | 2990-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Taft Stettinius & Hollister LLP | 3110-000 | N/A | 4,712.50 | 4,712.50 | 4,712.50 |
| Motheway & Napleton | 3210-600 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| Motheway & Napleton | 3220-610 | N/A | 1,851.79 | 1,851.79 | 1,851.79 |
| Rabobank, N.A. | 2600-000 | N/A | 30.27 | 30.27 | 30.27 |
| Rabobank, N.A. | 2600-000 | N/A | 16.67 | 16.67 | 16.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$31,206.35** | **$31,206.35** | **$31,206.35** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK | 7100-000 | N/A | 313.65 | 313.65 | 313.65 |
| 1I | PNC BANK | 7990-000 | N/A | 30.57 | 16.34 | 16.34 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 389.90 | 389.90 | 389.90 |
| 2I | American InfoSource LP as agent for | 7990-000 | N/A | 38.00 | 20.30 | 20.30 |
| 3 | Armor Systems Corp | 7200-000 | N/A | 1,395.79 | 1,395.79 | 1,395.79 |
| 3I | Armor Systems Corp | 7990-000 | N/A | 136.02 | 72.67 | 72.67 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$2,303.93** | **$2,208.65** | **$2,208.65** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44882  
**Case Name:** GARDNER, CICELY J

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 11/13/12 (f)  
**§341(a) Meeting Date:** 12/18/12

**Period Ending:** 10/01/15  
**Claims Bar Date:** 03/07/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  CASH ON HAND<br>    Imported from original petition Doc# 1 | 7.00 | 0.00 | | 0.00 | FA |
| 2  CHECKING<br>    Imported from original petition Doc# 1 | 23.00 | 0.00 | | 0.00 | FA |
| 3  HOUSEHOLD GOODS<br>    Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 4  CLOTHING<br>    Imported from original petition Doc# 1 | 120.00 | 0.00 | | 0.00 | FA |
| 5  1989 CADILLAC<br>    Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Personal injury lawsuit stemming from a car acci<br>    Special Counsel is pursuing personal injury action.<br>No settlement offers have been received. | Unknown | 60,000.00 | | 50,000.00 | FA |
| 6  **Assets**   Totals (Excluding unknown values) | **$950.00** | **$60,000.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Review claims; file TFR

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014    **Current Projected Date Of Final Report (TFR):**   July 9, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-44882 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | GARDNER, CICELY J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6766 - Checking Account |
| Taxpayer ID #: | **-***4747 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/01/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/15 | {6} | USAA Casualty Insurance Company | Settlement of Gardner v. Hughes Case No. 13 L 8218 | 1229-000 | 50,000.00 | | 50,000.00 |
| 04/09/15 | 101 | Motheway & Napleton | TRUSTEE'S SPECIAL LITIGATION COUNSEL'S FEES PER COURT ORDER DATED MARCH 12, 2015 | 3210-600 | | 20,000.00 | 30,000.00 |
| 04/09/15 | 102 | Motheway & Napleton | TRUSTEE'S SPECIAL LITIGATION COUNSEL'S EXPENSES PER COURT ORDER DATED MARCH 12, 2015 | 3220-610 | | 1,851.79 | 28,148.21 |
| 04/09/15 | 103 | Cicely J. Gardner | FIRST AND FINAL PAYMENT OF PERSONAL INJURY EXEMPTION | 8100-002 | | 15,000.00 | 13,148.21 |
| 04/22/15 | 104 | Specialized Radiology | FIRST AND FINAL PAYMENT OF LIEN PER RELEASE OF LIEN DATED APRIL 15, 2015 | 4220-000 | | 85.00 | 13,063.21 |
| 04/22/15 | 105 | G&T Orthopaedics | FIRST AND FINAL PAYMENT OF LIEN PER RELEASE OF LIEN DATED APRIL 17, 2015 | 4220-000 | | 885.00 | 12,178.21 |
| 04/22/15 | 106 | Oak Park Health Clinic | FIRST AND FINAL PAYMENT OF LIEN PER RELEASE OF LIEN DATED APRIL 15, 2015 | 4220-000 | | 615.00 | 11,563.21 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.27 | 11,532.94 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.67 | 11,516.27 |
| 08/13/15 | 107 | Clerk of the Bankruptcy Court | PAYMENT OF FEE FOR REOPENING CASE | 2990-000 | | 260.00 | 11,256.27 |
| 08/13/15 | 108 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED AUGUST 11, 2015 | 2200-000 | | 109.90 | 11,146.37 |
| 08/13/15 | 109 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED AUGUST 11, 2015 | 2100-000 | | 4,225.22 | 6,921.15 |
| 08/13/15 | 110 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED AUGUST 11, 2015 | 3110-000 | | 4,712.50 | 2,208.65 |
| 08/13/15 | 111 | PNC BANK | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED AUGUST 11, 2015 | 7100-000 | | 313.65 | 1,895.00 |
| 08/13/15 | 112 | American InfoSource LP as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED AUGUST 11, 2015 | 7100-000 | | 389.90 | 1,505.10 |
| 08/13/15 | 113 | Armor Systems Corp | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED AUGUST 11, 2015 | 7200-000 | | 1,395.79 | 109.31 |
| 08/13/15 | 114 | PNC BANK | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 1 PER COURT ORDER DATED AUGUST 11, 2015 | 7990-000 | | 16.34 | 92.97 |
| 08/13/15 | 115 | American InfoSource LP | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 2 PER COURT ORDER | 7990-000 | | 20.30 | 72.67 |

Subtotals :   $50,000.00   $49,927.33

{} Asset reference(s)

Printed: 10/01/2015 02:54 PM   V.13.25

Case 12-44882   Doc 47   Filed 10/23/15   Entered 10/23/15 14:33:38   Desc Main
Document      Page 7 of 7

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-44882
**Case Name:** GARDNER, CICELY J

**Taxpayer ID #:** **-***4747
**Period Ending:** 10/01/15

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** Rabobank, N.A.
**Account:** ******6766 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/15 | 116 | Armor Systems Corp | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 3 PER COURT ORDER DATED AUGUST 11, 2015 | 7990-000 | | 72.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,000.00 | 50,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 50,000.00 | 50,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$35,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6766** | 50,000.00 | 35,000.00 | 0.00 |
| | **$50,000.00** | **$35,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 10/01/2015 02:54 PM   V.13.25